COMMONWEALTH of Pennsylvania,
Respondent

v.

Herbert WATSON, Petitioner.

Supreme Court of Pennsylvania.

Jan. 6, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 6th day of January 2009, the Petition for a Stay Pending The Filing of a Petition for Writ of Certiorari to The United States Supreme Court and the Supplemental Request for Relief are hereby **DENIED** with respect to appellee's counsel's request for a stay of this Court's order of July 22, 2008. *See Commonwealth v. Watson,* 952 A.2d 541 (Pa. 2008). Appellee's counsel's alternative request is **GRANTED** such that the Court of Common Pleas of Philadelphia County is directed to return the record to this Court to permit compliance with Pa.R.A.P. 2572(b). The record shall be remanded on **Monday, April 6, 2009,** unless the Prothonotary receives notice prior to that date that petitioner has filed a jurisdictional statement or a petition for a writ of certiorari in the Supreme Court of the United States. *See* Pa.R.A.P. 2572(b). Until the record is remanded, no medication shall be involuntarily administered upon appellee.

Robert B. SKLAROFF,
M.D., Petitioner

v.

Joel S. ARIO, Acting Insurance Commissioner for the Commonwealth of Pennsylvania, Respondent,

Highmark, Inc., Intervenor.

Capital Blue Cross, Capital Advantage Insurance Company,

v.

Pennsylvania Insurance Department, Respondent

Robert B. Sklaroff, MD, Intervenor,

Highmark, Inc., Intervenor,

Petition of Robert B. Sklaroff, MD, Intervenor.

Supreme Court of Pennsylvania.

Jan. 7, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 7th day of January, 2009, the Motion for Leave to File a Reply to Brief in Opposition and the Petitions for Allowance of Appeal are hereby **DENIED.**